UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES YANG, | ) Case No.: 1:21-cv-1241 JLT |
| Plaintiff, | ) ORDER VACATING THE SCHEDULING ORDER DATED AUGUST 18, 2021 |
| v. | ) |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Plaintiff seeks judicial review of the administrative decision denying his application for Social Security benefits. (*See* Doc. 1.) Pursuant to General Order No. 615, all actions seeking such review are stayed due to limitations caused by the COVID-19 pandemic and the Commissioner's inability to prepare a certified administrative record. Accordingly, the Court **ORDERS**:

1. The Scheduling Order dated August 18, 2021 (Doc. 5) is **VACATED**; and
2. The action shall remain stayed, pending further order of the Court.

IT IS SO ORDERED.

Dated:   **August 19, 2021**           _/s/ Jennifer L. Thurston_
CHIEF UNITED STATES MAGISTRATE JUDGE